WILLIAMS v. DILLON. Union County. Appeal by Belk heirs and Rogers heirs. *Redwine & Stack,* for Rogers heirs; *R. W. Lemmond,* for Belk heirs. *Per Curiam.* Affirmed in both appeals.

LEMMOND v. McCAIN. Union County. *Adams, Jerome & Armfield,* for plaintiff; *Redwine & Stack,* for defendant. *Per Curiam.* Affirmed.

IN RE FOWLER. Moore County. *Habeas Corpus.* *U. L. Spence,* for petitioner; *Murchison & Johnson, contra.* *Per Curiam.* Affirmed.

EZZELL v. ROBINSON. Union County. *Adams & Jerome,* for plaintiff; *Redwine & Stack,* for defendant. *Per Curiam.* Affirmed.

KENNEDY v. S. A. L. RY. CO. Union County. *Redwine & Stack,* for plaintiff; *J. D. Shaw,* for defendant. *Per Curiam.* Affirmed.

THOMAS v. MACKNIGHT. Moore County. *Murchison & Johnson,* for plaintiff; *H. F. Seawell,* for defendant. *Per Curiam.* Affirmed.

McGIRT v. SO. RY. CO. Guilford County. *R. C. Strudwick,* for plaintiff; *King & Kimball,* for defendant. *Per Curiam.* Affirmed.

COBLE v. HUFFINES. Guilford County. *A. M. Scales,* for plaintiff; *A. L. Brooks,* for defendant. Defendant's appeal dismissed for failure to file brief.

TURNER v. ANDREWS. Orange County. *C. D. Turner,* for plaintiff; *J. W. Graham,* for defendant. Dismissed for failure to file brief.

IDDINGS v. TELEGRAPH CO. Iredell County. *L. C. Caldwell,* for plaintiff; *Armfield & Turner,* for defendant. *Per Curiam.* Affirmed. *Connor, J.,* dissenting.